UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 03-6371 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| ) | |
| KATHLEEN GREEN, ) | |
| ) | |
| Defendant. ) | |

Based upon the Consent Judgment (Doc. # 35), signed by the parties,

IT IS HEREBY ORDERED that judgment in the amount of $4,331.02 in principal, plus post-judgment interest at the legal rate from the date of entry of judgment until paid in full, plus court costs in the amount of $150 pursuant to 28 U.S.C. § 2412, is entered in favor of plaintiff United States of America and against defendant Kathleen Green.

It is further ordered that this action is dismissed with prejudice, each party bearing their own costs and fees except as otherwise provided herein.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 7, 2005

S/ Michael J. Davis
MICHAEL J. DAVIS
United States District Judge